UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL K. HAM,<br><br>            Petitioner,<br><br>    v.<br><br>JOHN MARSHALL,<br><br>            Respondent. | Case No. CV 09-4439 R(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: October 6, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE